**Motion Granted; Judgments Set Aside and Remanded and Memorandum Opinion filed June 19, 2018.**



In The

# Fourteenth Court of Appeals

NO. 14-16-00785-CV

**WOODS MFI, LLC, Appellant**

**V.**

**PLAINSCAPITAL BANK, Appellee**

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-01321**

NO. 14-16-00820-CV

**JOHN S. WOODS, Appellant**

**V.**

**PLAINSCAPITAL BANK, Appellee**

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-16866**

# MEMORANDUM   OPINION

In these appeals from a judgment signed June 21, 2016, and a turnover order signed July 11, 2016, the parties filed a joint motion to reverse the trial court's judgment and order, and remand for rendition of judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we set aside the judgment signed July 21, 2016, in trial court cause number 2016-01321 without reference to the merits, and we set aside the turnover order signed July 11, 2016, in trial court cause number 2014-16866, without reference to the merits. We remand both cases to the trial court for rendition of judgment in accordance with the parties' agreement.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Jewell.